### HORNER v. HORNER et al.

No. 23299.   Sept. 12, 1933.

H. J. Sturgis, for plaintiff in error.

Simons, McKnight, Simons & Mitchell and McKeever,. Elam Stewart & McKeever, for defendants in error.

PER CURIAM. On the 21st day of January, 1932, plaintiff in error filed his petition in error and case-made herein, and on June 1, 1932, briefed the cause. The defendants in error have filed no brief and have offered no excuse for their failure to do so.

Upon the authority of Chapman v. Taylor, 163 Okla. 274, 21 P. (2d) 1058, this cause is reversed and remanded, with directions to grant a new trial in accordance with the prayer of the petition in error.